# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PATRICIA KINKOPF,**

        **Plaintiff,**

-vs-                                        Case No.  3:11-cv-45-J-37TEM

**PENNCRO ASSOCIATES, INC.,**

        **Defendant.**

_____

## ORDER OF DISMISSAL

Plaintiff, PATRICIA KINKOPF, having failed to respond to the Court's May 20, 2011 show cause Order (ECF No. 5), it is **ORDERED** that this case is **DISMISSED** without prejudice, for lack of prosecution.

**DONE** and **ORDERED** in Chambers, in Jacksonville, Florida on June 6 , 2011.

_____
ROY B. DALTON, JR.
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Party

-2-